UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KILLER JOE NEVADA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-219-TAV-HBG |
| | ) | |
| DOES 1-11, | ) | |
| | ) | |
| Defendants. | ) | |

## SHOW CAUSE ORDER

Plaintiff filed this action on April 21, 2013, alleging that 11 unnamed defendants had infringed upon Plaintiff's copyright to a motion picture entitled "Killer Joe," using an interactive "peer-to-peer" file transfer technology known as "BitTorrent" [Doc. 1]. Plaintiff has failed to serve the Summons and Complaint on any defendant within 120 days of filing the Complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff is **ORDERED** to **SHOW CAUSE** in writing on or before **February 14, 2014,** why this action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for insufficient service of process.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE